**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**U.S. Mortgage Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**CU National Mortgage** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**22-3421135** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**19D Chapin Road**<br>**Pine Brook, NJ 07058**<br>ZIP CODE **07058-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Morris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ||

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)**  Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **U.S. Mortgage Corp.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

B1 (Official Form 1) (1/08) Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **U.S. Mortgage Corp.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X /s/ Kenneth A. Rosen<br>Signature of Attorney for Debtor(s)<br>**Kenneth A. Rosen (KR 4963)**<br>Printed Name of Attorney for Debtor(s)<br>**Lowenstein Sandler PC**<br>Firm Name<br>**65 Livingston Avenue<br>Roseland, NJ 07068**<br>Address<br><br>**973-597-2500 Fax:973-597-2400**<br>Telephone Number<br><br>Date: February 23, 2009<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Andrew Liput<br>Signature of Authorized Individual<br>**Andrew Liput**<br>Printed Name of Authorized Individual<br>**Senior Vice President and General Counsel**<br>Title of Authorized Individual<br><br>Date: February 23, 2009 | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# RESOLUTION OF BOARD OF DIRECTORS OF
# U.S. MORTGAGE CORP.

I hereby certify that at a meeting of the Board of Directors of U.S. Mortgage Corp., a corporation formed under the laws of the State of New Jersey, held on the 9th day of February, 2009, the following Resolution was proposed and unanimously adopted by all principals and officers present:

"Resolved, that the officers of the aforementioned Corporation, in view of the financial condition of U.S. Mortgage Corp., a New Jersey corporation, be and are hereby authorized to file a petition pursuant to chapter 11 of the Bankruptcy Code, to retain the services of, including but not limited to, the law firm of Lowenstein Sandler PC, for the purposes of preparing, filing, and prosecuting a petition under chapter 11 of the Bankruptcy Code and to take all steps necessary and related thereto, to retain NachmanHaysBrownstein, Inc. as turnaround and crisis management with Howard B. Brownstein being retained as the Chief Restructuring Officer, and the firm of Gibbons P.C. as special counsel, and that all retainers paid to said firms are hereby approved, and that Andrew Liput, Senior Vice President of the Corporation and any other officer authorized by Andrew Liput are hereby authorized to execute the petition and any other pleadings or documents he and counsel deem necessary in connection with the chapter 11 proceedings of U.S Mortgage Corp."

In certification hereof, I do set my hand and seal this 17th day of February, 2009.

_____
Secretary

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **U.S. Mortgage Corp.**                                                                 Case No.
                                        Debtor(s)                                              Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Fannie Mae**<br>**185 Market Street, Suite 2300**<br>**Philadelphia, PA 19103** | **Cheryl Croxton**<br>**Fannie Mae**<br>**185 Market Street**<br>**Philadelphia, PA 19103** | **Loan Proceeds** | * | **99,204,453.28** |
| **Suffolk Federal Credit Union**<br>**3681 Horseblock Road**<br>**Medford, NY 11763** | **William J. O'Brien, President & CEO**<br>**Suffolk Federal Credit Union**<br>**3681 Horseblock Road**<br>**Medford, NY 11763** | **Loan Proceeds** | * | **33,756,848.95** |
| **Proponent Federal Credit Union**<br>**536 Washington Avenue**<br>**Nutley, NJ 07110** | **Debi Van Dorn, VP of Lending**<br>**Proponent Federal Credit Union**<br>**536 Washington Avenue**<br>**Nutley, NJ 07110** | **Loan Proceeds** | * | **21,614,908.80** |
| **Picatinny Federal Credit Union**<br>**100 Mineral Springs Road**<br>**Dover, NJ 07801** | **Bill Darling, Acting CEO**<br>**Picatinny Federal Credit Union**<br>**100 Mineral Springs Road**<br>**Dover, NJ 07801** | **Loan Proceeds** | * | **9,491,133.85** |
| **Sperry Associates Federal Credit Union**<br>**2400 Jericho Turnpike**<br>**Garden City, NY 11040** | **Steven Schmidt, Operations Manager**<br>**Sperry Associates Federal Credit Union**<br>**2400 Jericho Turnpike**<br>**Garden City, NY 11040** | **Loan Proceeds** | * | **9,168,163.42** |
| **Treasury Department FCU**<br>**1101 2nd Street, NE**<br>**Washington, DC 20002** | **Alfred Scipio, President/CEO**<br>**Treasury Department FCU**<br>**1101 2nd Street, NE**<br>**Washington, DC 20002** | **Loan Proceeds** | * | **8,702,587.20** |
| **Novartis Federal Credit Union**<br>**One Health Plaza**<br>**Building 101/103 Link**<br>**East Hanover, NJ 07936** | **Ann South, President & CEO**<br>**Novartis Federal Credit Union**<br>**One Health Plaza**<br>**Building 101/103 Link**<br>**East Hanover, NJ 07936** | **Loan Proceeds** | * | **3,105,334.37** |
| **Educational Systems Federal Credit Union**<br>**7500 Greenway Center Drive, Suite 1300**<br>**Greenbelt, MD 20768** | **E. Laura Eacho, VP Lending & Collections**<br>**Educational Systems Federal Credit Union**<br>**7500 Greenway Center Drive, Suite 1300**<br>**Greenbelt, MD 20768** | **Loan Proceeds** | * | **3,095,838.87** |

\* The amounts owed to Fannie Mae and the credit unions listed on this schedule are current estimates. The Debtor reserves the right to modify these figures or to assert offsets or other claims, including who is the actual owner of a specific loan.

B4 (Official Form 4) (12/07) - Cont.

In re **U.S. Mortgage Corp.**     Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **County Educators Federal Credit Union**<br>**16 East Lincoln Avenue**<br>**Roselle Park, NJ 07204** | **Glen South**<br>**County Educators Federal Credit Union**<br>**16 East Lincoln Avenue**<br>**Roselle Park, NJ 07204** | **Loan Proceeds** | * | **2,790,155.04** |
| **Energy Federal Credit Union**<br>**5 Choke Cherry Road, Suite 110**<br>**Rockville, MD 20850** | **Marilyn Davis, LP of Lending**<br>**Energy Federal Credit Union**<br>**5 Choke Cherry Road, Suite 110**<br>**Rockville, MD 20850** | **Loan Proceeds** | * | **2,648,619.97** |
| **Rutgers Federal Credit Union**<br>**100 College Avenue**<br>**New Brunswick, NJ 08901** | **Marie Hollowka, CEO**<br>**Rutgers Federal Credit Union**<br>**100 College Avenue**<br>**New Brunswick, NJ 08901** | **Loan Proceeds** | * | **2,227,970.29** |
| **Piedmont Aviation Credit Union**<br>**3810 North Liberty Street**<br>**Winston Salem, NC 27105** | **Alan Upchurch**<br>**Piedmont Aviation Credit Union**<br>**3810 North Liberty Street**<br>**Winston Salem, NC 27105** | **Loan Proceeds** | * | **2,149,215.04** |
| **Pinnacle Federal Credit Union**<br>**135 Raritan Center Parkway**<br>**Edison, NJ 08837** | **Harry R. Jacobson, President & CEO**<br>**Pinnacle Federal Credit Union**<br>**135 Raritan Center Parkway**<br>**Edison, NJ 08837** | **Loan Proceeds** | * | **1,756,487.35** |
| **Velocity County FCU**<br>**2801 PGA Boulevard**<br>**Palm Beach Gardens, FL 33410** | **Jeff Marshall, President**<br>**Velocity County FCU**<br>**2801 PGA Boulevard**<br>**Palm Beach Gardens, FL 33410** | **Loan Proceeds** | * | **1,469,266.25** |
| **TCT Federal Credit Union**<br>**416 Rowland Street**<br>**Ballston Spa, NY 12020** | **Curt C. Cecala, General Manager**<br>**TCT Federal Credit Union**<br>**416 Rowland Street**<br>**Ballston Spa, NY 12020** | **Loan Proceeds** | * | **1,029,786.28** |
| **Lassen County Federal Credit Union**<br>**2505 Riverside Drive**<br>**Susanville, CA 96130** | **Dawn Miller, CEO**<br>**Lassen County Federal Credit Union**<br>**2505 Riverside Drive**<br>**Susanville, CA 96130** | **Loan Proceeds** | * | **832,467.69** |
| **JM Associates Federal Credit Union**<br>**8019 Bayberry Road**<br>**Jacksonville, FL 32256** | **James M. Ryan, President**<br>**JM Associates Federal Credit Union**<br>**8019 Bayberry Road**<br>**Jacksonville, FL 32256** | **Loan Proceeds** | * | **502,278.37** |
| **Miami Firefighters Federal Credit Union**<br>**1111 NW 7th Street**<br>**Miami, FL 33136** | **Grant Sheehan, CEO**<br>**Miami Firefighters Federal Credit Union**<br>**1111 NW 7th Street**<br>**Miami, FL 33136** | **Loan Proceeds** | * | **490,000.00** |
| **First Florida Credit Union**<br>**500 West 1st Street**<br>**Jacksonville, FL 32202** | **Mike Davis, VP of Lending**<br>**First Florida Credit Union**<br>**500 West 1st Street**<br>**Jacksonville, FL 32202** | | * | **447,537.72** |

B4 (Official Form 4) (12/07) - Cont.

In re **U.S. Mortgage Corp.**        Case No. 

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Newark Board of Education Employees Credit Union 195 Norman Road Newark, NJ 07106** | **Jonathan Kaufman, CEO Newark Board of Education Employees Credit Union 195 Norman Road Newark, NJ 07106** | **Loan Proceeds** | * | **440,000.00** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Senior Vice President and General Counsel of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    2/23/09          Signature    /s/ Andrew Liput

                                                                   **Andrew Liput**
                                                                   **Senior Vice President and General Counsel**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.